UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
MT. HAWLEY INSURANCE COMPANY,           :
:
                    Plaintiff,           :
:        24-CV-9270 (VSB)
         -against-           :
:        **ORDER**
FCX GLOBAL, INC., *et al.*,           :
:
                 Defendants.  :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement in principle. (*See* Doc. 12.) Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: April 8, 2025
      New York, New York

                                                            Vernon S. Broderick
                                                           United States District Judge